**Order entered July 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00116-CR

**MCAMIS HARDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76548-N**

## ORDER

Before the Court is appellant's July 19, 2019 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before August 22, 2019. If appellant's brief is not filed by August 22, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE